VASCOLA HARDISON, Special Administratrix of the Estate of OTTO HARDISON, Sr., Deceased, Appellant, *v.* UNION PACIFIC RAILROAD COMPANY, a Utah Corporation, Respondent.

No. 6725

March 8, 1973                                            506 P.2d 1259

*Wiener, Goldwater, Galatz & Raggio, Ltd.,* of Las Vegas, for Appellant.

*Guild, Hagen & Clark,* of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

In this appeal from a judgment totally denying appellant any recovery in an action under the Federal Employers' Liability Act (45 U.S.C.A. § 51 et seq.), the issue is whether appellant was entitled to some recovery as a matter of law. Viewing the evidence in the light most favorable to respondent, we cannot say the trial court erred.

Affirmed.